INGRAHAM, P. J., SCOTT, MILLER and DOWLING, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.

---

MAY WESSEL, Appellant, v. ALBERT J. SCHWARZLER, Respondent. (No. 2.)

First Department, May 19, 1911.

See head note in *Wessel v. Schwarzler, No. 1, ante*, p. 587.

APPEAL by the plaintiff, May Wessel, from an order of the Supreme Court, made at the New York Special Term and entered in the office of the clerk of the county of New York on the 21st day of April, 1911, vacating an order for the examination of the defendant before trial.

*Theodore B. Richter* of counsel [*Cohen, Creevey & Richter,* attorneys], for the appellant.

*Max D. Steuer* of counsel [*Edward J. Krug, Jr.*], for the respondent.

CLARKE, J.:

This is an action for $100,000 damages for breach of promise of marriage, and plaintiff is the daughter of Mary Wessel. For the reasons stated in *Wessel v. Schwarzler, No. 1* (144 App. Div. 587), the order appealed from should be affirmed, with ten dollars costs and disbursements to respondent.

INGRAHAM, P. J., SCOTT, MILLER and DOWLING, JJ., concurred.

Order affirmed, with ten dollars costs and disbursements.